IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

## Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 6:23-CV-1-JDK

2. Style of case: Darin Baisden v Clearcover Insurance Company

3. Nature of suit: Personal Injury

4. Method of ADR used: ✔ Mediation ☐ Mini-Trial ☐ Summary Jury Trial ☐ Early Neutral Eval.

5. Date ADR session was held: August 25, 2023

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   ✔ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7. What was your TOTAL fee: $1,700

8. Duration of ADR: four hours   *(e.g., one day, two hours)*

9. Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

   Darin Baisden-Plaintiff
   Nick Negem-Plaintiff's Counsel
   Clearcover Insurance Company Representative-Defendant
   Ignacio Barbero-Defendant's Counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

   /s/ Adam B. LeCrone                           8/28/23
   Signature                                      Date

   123 N. Crockett Street Suite 200, Sherman, Texas 75090        903-813-1900
   Address                                                        Telephone

# Alternative Dispute Resolution Summary

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Nick Negem

Firm: Negem & Worthington

Address: 1828 E. SE Loop 323

Suite R – 1A

Phone: (903) 595-4466

Name:

Firm:

Address:

Phone:

Name: Ignacio Barbero

Firm: Ekvall & Byrne

Address: 4450 Sigma Road, Suite 100

Dallas, TX 75244

Phone: (972) 239-0839

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: