IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DARIN BAISDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-1-JDK |
| | § | |
| CLEARCOVER INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of Dismissal filed herein by the parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court finds that all matters in controversy have been fully and finally resolved and settled, that the settlement does not constitute an admission of liability on the part of Defendant, and that the above-entitled and numbered action should be dismissed with prejudice to refiling in any form, with court costs taxed against the party incurring same.

It is, therefore, **ORDERED, ADJUDGED and DECREED** that the above-entitled and numbered cause be, and hereby is, dismissed with prejudice to refiling in any form. Court costs are hereby taxed against the party incurring same.

All other requested relief not expressly granted herein is denied.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **27th** day of **September, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE